**Jose Alfonso Pellegrin VELAZCO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–74658.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007.*

Filed April 23, 2007.

Alisa S. Thomas, Law Offices of Alisa S. Thomas, Santa Cruz, CA, Ann L. Lipson, Soquel, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice Civil Div./Office of Immigration Lit., Arthur L. Rabin, Esq., U.S. Department of Justice Civil Division/Torts Branch, Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

Jose Alfonso Pellegrin Velazco seeks review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying Pellegrin Velazco's application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determinations that an applicant has failed to show exceptional and extremely unusual hardship to a qualifying relative and that an applicant lacks good moral character, *see Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003), and Pellegrin Velazco does not raise a colorable due process claim, *see Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

